**United States Bankruptcy Court**
**Eastern District of Virginia**

In re  Van Donald Miller     Case No. 15-35965-KLP
                             Debtor(s)     Chapter 7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment:        ]*
  Check if applicable: [ ] Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's office on        .\*]**
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [ ] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as Exempt
- [ ] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* <u>Check applicable statement(s):</u>
  - [ ] Creditor(s) added    [ ] Creditor(s) deleted
  - [ ] Change in amounts owed or classification of debt
  - [ ] No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)
  - [ ] Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER:** <u>Conversion of Chapter 13 to Chapter 7</u> - only file Schedule of Unpaid Debts.
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)

[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. \*Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]

- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Disclosure of Compensation of Attorney for Debtor
- [x] Supplemental Disclosure of Post-Filing Compensation of Attorney for Debtor
- [ ] Other:

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows

Date  Jan 07, 2016

/s/Pamela Trachtman-Allen
**Pamela Trachtman-Allen**
Attorney for Debtor(s)
State Bar No.: 83114
Mailing Address:The Merna Law Group, P.C.
                3419 Virginia Beach Blvd., #236
                Virginia Beach, VA 23452
Telephone No.:    (757)340-4895

HAT

**United States Bankruptcy Court**
**Eastern District of Virginia**

| In re | Van Donald Miller | | Case No. | 15-35965-KLP |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 7 |

## SUPPLEMENTAL DISCLOSURE OF POST-FILING COMPENSATION
## OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid or to be paid to me, for post-filing services rendered or to be rendered on behalf of the debtor(s) in connection with the pending bankruptcy case under a post-filing engagement agreement dated Jan 07, 2016 is as follows:

| | |
|---|---|
| For the post-filing legal services listed below, I have agreed to accept | $ 150.00 |
| Prior to the filing of this statement I have received ........................ | $ 150.00 |
| Balance Due ........................................................ | $ 0.00 |

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other *(specify)*

3. The source of compensation to be paid to me is:
   ☐ Debtor    ☐ Other *(specify)*

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed post-filing attorney fees, costs, & filing fee, I have agreed to render the following services not covered under by the engagement agreement executed prior to the filing of the case:

**Prepare, Review, and File Amendment to Petition, List, Schedules**                                            **Schedule B**
                                                                                                                **Schedule D**
                                                                                                    **Individual Statement of**
                                                                                                              **Intentions**

6. By agreement with the debtor(s), the above-disclosed fee is limited solely to the services outlined above.

7. The fees disclosed in this Supplemental Disclosure Of Post-Filing Compensation of Attorney For Debtor are fees, inclusive of any filing fees & costs, received in addition to any other fees previously and similarly disclosed to the court.

HAT

## CERTIFICATION

I certify that the foregoing is a complete statement of any post-filing agreement or arrangement for payment to me for representation of the debtor(s) in the above referred additional services.

Jan 07, 2016                                        /s/Pamela Trachtman-Allen

*Date*                                                **Pamela Trachtman-Allen 83114**

*Signature of Attorney*

**The Merna Law Group, P.C.**

*Name of Law Firm*

**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**

**(757)340-4895   Fax: (757)340-4894**

HAT